**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-2209**

—————

L. RUTHER,

Plaintiff - Appellant,

versus

GETTYSBURG COLLEGE,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-01-1034-A)

—————

Submitted:  February 22, 2002      Decided:  March 15, 2002

—————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

L. Ruther, Appellant Pro Se.  Chandra Dore Lantz, HIRSCHLER, FLEISCHER, WEINBERG, COX & ALLEN, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

L. Ruther appeals the district court's order dismissing his civil action. The record does not contain a transcript of the hearing on conducted on September 14, 2000. Ruther has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b); 4th Cir. Local R. 10(c). Appellants proceeding on appeal in forma pauperis are entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (1994). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Ruther has waived review of the issues on appeal which depend upon the transcript to show error. <u>Keller v. Prince George's Co.</u>, 827 F.2d 952, 954 n.1 (4th Cir. 1987). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2